For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Kevin Darnell SMITH, Appellant.

WD 78137

Missouri Court of Appeals,
Western District.

ORDER FILED: November 24, 2015

Chris Koster, Attorney General, Daniel N. McPherson, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

William J. Swift, Assistant Public Defender, Columbia, MO, Attorney for Appellant.

Before Division II: Mark D. Pfeiffer, Presiding Judge, and Lisa White Hardwick and James Edward Welsh, Judges

### Order

Per Curiam:

Mr. Kevin D. Smith appeals the judgment of the Circuit Court of Lafayette County finding him guilty, after a jury trial, of one count of assault in the second degree, section 565.060 RSMo Cum.Supp. 2012. On appeal, Mr. Smith claims that the circuit court erred in admitting certain evidence against him and in refusing one of the jury instructions he offered at trial. Because a published opinion would have no precedential value, we have instead provided a separate memorandum of law for the

parties explaining our ruling. The judgment is affirmed. Rule 30.25(b).